RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/20/09
6B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KATIE HEBERT | CIVIL ACTION NO. 08-CV-0341 |
| VS. | |
| MICHAEL J. ASTRUE | JUDGE HAIK |
| COMMISSIONER SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |
| ADMINISTRATION | |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED.**[1]

Lafayette, Louisiana this 18th day of May, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT COURT

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).